**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01348-CR

---

**DAREN STEVENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-21775-U**

---

## ORDER

The Court **GRANTS** appellant's April 6, 2016 motion to substitute counsel. We **DIRECT** the Clerk to substitute Sharita Blacknall as appellant's appointed attorney of record in p lace of Dianne Jones McVay.

We **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's March 4, 2016 order appointing Sharita Blacknall as appellant's attorney.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; Dianne Jones McVay; Sharita Blacknall; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
        JUSTICE